## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

RANDALL TOWNSEND, et al.,

    Plaintiffs,

v.                                      CASE NO: 8:06-cv2050-T-30TGW

RONALD L. BECK, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon the Court's own motion to consider the dismissal of the Amended Complaint. The Amended Complaint was filed on March 6, 2007, and is 372 pages in length with so many Defendants that it takes more than seven pages for Plaintiff to list them. The Amended Complaint is subject to dismissal because it does not meet the requirements of Rule 8 of the Federal Rules of Civil Procedure which provides in pertinent part:

> A pleading which sets forth a claim for relief, whether an original claim, counter-claim, cross-claim, or third-party claim shall contain (1) a short and plain statement of the grounds upon which the Court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks.

The Court has reviewed the Amended Complaint and finds that it fails to contain a short and plain statement of the grounds upon which this Court's jurisdiction depends. It

appears that the Plaintiff is seeking relief concerning the alleged misappropriation of funds from his church and his dissatisfaction with his family law proceedings in state court that prevent him from seeing his children. He sues various preachers, lawyers and judges. While he claims these persons violated his Constitutional rights, and seeks relief under 42 U.S.C. §1983, that statute is not a jurisdictional statute that gives federal courts the power to decide claims that arise under it. See Tyler v. Russell, 410 F.2d 490 (10th Cir. 1969), and Curtis v. Taylor, 625 F.2d 645 (5th Cir. 1980). The claims which Plaintiff attempts to set forth appear to be state law claims against Defendants who, like Plaintiff, reside in Hillsborough County, Florida.

Further, the 372 page Amended Complaint is not "a short and plain statement of the claim." Its length makes it difficult to decipher what specific claims are being raised against any particular Defendant.

For these reasons, it is ORDERED AND ADJUDGED:

1. The Amended Complaint (Dkt. #6) is DISMISSED.

2. Plaintiff is granted thirty (30) days from the date of this Order within which to file a Second Amended Complaint, if he wishes.

3. Any such Amended Complaint shall clearly set forth the grounds which confer jurisdiction upon this Court, and shall clearly set forth Plaintiff's claims in a short, plain, and concise manner.

4. Failure to file an Amended Complaint within thirty (30) days shall result in the dismissal of this action without further notice.

**DONE** and **ORDERED** in Tampa, Florida on March 15, 2007.

                                            JAMES S. MOODY, JR.
                                            UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*F:\Docs\2006\06-cv-2050.dismissal order.wpd*