**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RANDALL TOWNSEND,**

    **Plaintiff,**

**v.**                                                            **Case No.  8:06-cv-2050-T-30TGW**

**RONALD BECK,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Extension and Enlargement of Time and Motion for Disqualification of Judge Moody (Dkt 17).  Plaintiff requests that the undersigned recuse himself from this case due to the undersigned's participation in "the Supreme Court of Florida's Review of Judge Holder on allegations of violations of law."  Upon consideration of the Motion and examination of the file, the undersigned has determined that there is cause for recusal.

The undersigned was subpoenaed to testify as a character witness during an investigation of Judge Holder, who is a named defendant in this action.  The undersigned's participation as a character witness for Judge Holder may cause an objective, disinterested lay observer fully informed of the facts underlying the grounds for which recusal has been sought to entertain significant doubt about the undersigned's partiality.  See Carter v. West Publishing Company, 1999 WL 994997 *2 (11th Cir. 1999).  Accordingly, the undersigned

must recuse himself from all further participation in this case and decline ruling on Plaintiff's request for an enlargement of time to file a third amended complaint.  Id.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Extension and Enlargement of Time and Motion for Disqualification (Dkt. 17) is **GRANTED in part** as set forth herein.

2. The undersigned recuses himself from all further participation in this case.

3. The Clerk is directed to reassign this case to another District Judge under the blind filing system established pursuant to the rules of this Court.

**DONE** and **ORDERED** in Tampa, Florida on October 16, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2006\06-cv-2050.mt recuse.frm